**Order entered October 14, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00992-CR
## No. 05-12-00993-CR

**ANTHONY ALAMIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82134-2011**

## ORDER

Appellant's Motion to Supplement the Brief is **GRANTED**.

/s/    KERRY P. FITZGERALD
           JUSTICE